JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV  89106
(702) 385-5377 Fax (P)
marcheselaw@msn.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case no: 2:22-mj-925-BNW |
| Plaintiff, ) | |
| v. ) | |
| RANDY VARGAS, ) | |
| Defendant. ) | |

**STIPULATION AND ORDER TO CONTINUE TRIAL**

IT IS HEREBY STIPULATED AND AGREED by and between JESS R. MARCHESE, ESQ. Counsel for Defendant RANDY VARGAS and IMANI DIXON, Assistant United States Attorney, that trial currently scheduled for May 24, 2023 at 9:00 a.m., be vacated and reset to a date and time convenient to the court.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his out-of-custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and she has no objection to the continuance.

3. The defendant has an entry of plea date set for December 20, 2016 in front of the District Court Judge.

4. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Trial until a date and time convenient to the court.

This is the first request for continuance filed herein.

DATED: May 23, 2023

| /s/ Jess Marchese | /s/ Imani Dixon |
|---|---|
| JESS R MARCHESE, ESQ. | IMANI DIXON, ESQ. |
| Nevada State Bar #8175 | Nevada State Bar #15724 |
| 601 S. Rancho Drive, B-14 | 501 Las Vegas Blvd South. #1100 |
| Las Vegas, Nevada 89106 | Las Vegas, Nevada 89101 |
| Attorney for the Defendant | Attorney for the United States |

**ORDER**

IT IS HEREBY ORDERED that the Trial currently scheduled for May 24, 2023, at 9:00 a.m., be continued to the __2nd__ day of __August__, __2023__ at 9:00 a.m._, in courtroom __3B__.

DATED this __23rd__ day of __May__, 2023.

_____
**HONORABLE BRENDA WEKSLER**

-3-