JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV  89106
(702) 385-5377 (P)
marcheselaw@msn.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
| ) | Case no: 2:22-mj-925-BNW |
| ) | |
| Plaintiff,          ) | |
| ) | **STIPULITON AND ORDER** |
| v.          ) | **TO CONTINUE TRIAL** |
| ) | |
| RANDY VARGAS,          ) | (SECOND REQUEST) |
| ) | |
| Defendant.          ) | |
| ) | |

**STIPULATION AND ORDER TO CONTINUE TRIAL**

IT IS HEREBY STIPULATED AND AGREED by and between JESS R. MARCHESE, ESQ. Counsel for Defendant RANDY VARGAS and IMANI DIXON, Assistant United States Attorney, that trial currently scheduled for August 2, 2023 at 9:00 a.m., be vacated and reset to a date and time convenient to the court.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his out-of-custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and she has no objection to the continuance.

3. Counsel for the defendant is representing a witness in a State jury trial and needs to be available for when he testifies.

4. Counsel for the defendant needs additional time to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

5. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Trial until a date and time convenient to the court.

This is the second request for continuance filed herein.

DATED: August 1, 2023

| /S/ | /S/ |
|---|---|
| JESS R MARCHESE, ESQ. | IMANI DIXON, ESQ. |
| Nevada State Bar #8175 | Nevada State Bar #15724 |
| 601 S. Rancho Drive, B-14 | 501 Las Vegas Blvd South. #1100 |
| Las Vegas, Nevada 89106 | Las Vegas, Nevada 89101 |
| Attorney for the Defendant | Attorney for the United States |

## ORDER

IT IS HEREBY ORDERED that the Trial currently scheduled for August 2, 2023, at 9:00 a.m., be continued to the __6th__ day of __September__, __2023__ at 9:00 a.m.__ __, in courtroom __3B__.

DATED this __2nd__ day of __August__, 2023.

_____
**HONORABLE BRENDA WEKSLER**